FILED
2013 Jul-08 AM 10:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **RICHARD SALAZAR,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **Civil Action No. CV-12-S-1735-NE** |
| ) | |
| **WELLS FARGO BANK,** ) | |
| **NATIONAL ASSOCIATION,** ) | |
| **and FEDERAL HOME LOAN** ) | |
| **MORTGAGE CORPORATION,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

The court having received notification that all issues between plaintiff and defendants have been resolved in mediation,[1] it is ORDERED that all claims be DISMISSED with prejudice, but upon this condition: if plaintiff does not receive the full proceeds of settlement within a reasonable period of time, not to exceed 45 days from this date, he may petition the court to reinstate this action, and such reinstatement shall relate back to the original date of filing. The clerk is directed to close this file. Costs are taxed as paid.

DONE and ORDERED this 8th day of July, 2013.

_____
United States District Judge

---

[1] *See* doc. no. 21 (Report of Mediator).